**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

ANDREA LEIGH DOUGHERTY,

    Plaintiff,

vs.                              CASE NO. 5:05cv82/RS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Document 22). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The decision of the Commissioner of Social Security is affirmed.

3. This action is dismissed.

4. The clerk is directed to close the file.

ORDERED on April 18, 2006.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**